
**Magistrate Judge Clerks**

| All Sites ▼ | 🔍 ADV |

Clerk's Office > Magistrate Judge Clerks > Passports, IDs & Other Documents > FRYBERG, Raymond Lee

## Passports, IDs & Other Documents: FRYBERG, Raymond Lee

📄 New Item | 📝 Edit Item | ✖ Delete Item | 🔄 Workflows | 🔔 Alert Me | 📜 Version History

| | |
|---|---|
| **Office** | Seattle |
| **Defendant Name** | FRYBERG, Raymond Lee |
| **Received From** | Wendy Fryberg |
| **Date** | 4/2/2015 |
| **Case #** | MJ15-0129 |
| **Item type?** | Passport or identification |
| **Item** | Permit to carry a concealed weapon |
| **Quantity** | 1 |
| **Passport #** | F146422 |
| **Expiration Date** | 1/14/2018 |
| **Judgment Date** | |
| **Notice of Intent** | |
| **Order Release** | |
| **Returned to** | |
| **Return Date** | |
| **Picked up?** | |
| **Certified Mail #** | |
| **Comments/Events** | |
| **First Letter Index** | F |
| **Audit** | |
| **Received by Finance/Mag Team?** | No |
| **Returned to Mag Clerks?** | No |
| **Fugitive?** | No |
| **Receipt Number** | |
| **Exempt from Policy** | No exemption. Exempt from policy... |
| **Label** | |
| **Barcode** | |

6520221772

Version: 1.0
Created at 4/2/2015 2:20 PM by Donna M. Jackson
Last modified at 4/2/2015 2:20 PM by Donna M. Jackson